227 F.2d 520
 56-1 USTC P 9121
 OLD COLONY INSURANCE COMPANY, a Corporation of Massachusetts, et al.
v.
Bruce E. LAMPERT et al., Appellants.
 No. 11682.
 United States Court of Appeals Third Circuit.
 Argued Nov. 18, 1955.
Decided Dec. 8, 1955.
 
 Leonard I. Garth, Paterson, N.J. (Mendon Morrill, Paterson, N.J., John R. Merrey, Oakland, N.J., on the brief), for appellants.
 F. Earl Walter, Jr., Newark, N.J. (Shanley & Fisher, Newark, N.J., on the brief), for defendants-appellees Fireman's Fund Ins. Co., Willow Fabrics, Inc. and Fireman's Ins. Co. of Newark.
 Abraham J. Asche, New York City (Herman W. Kurtz, Irvington, N.J., Nathan, Mannheimer, Asche & Winer, New York City, on the brief), for appellees A. M. Perlman, Inc. and Insurance Co. of State of Pennsylvania.
 Saul J. Zucker, Newark, N.J. (Kristeller & Zucker, Newark, N.J., on the brief), for defendants-appellees Travelers Fire Ins. Co. and Ruxton Textile Mills Corp.
 Charles H. Hoens, Jr., Asst. U.S. Atty., Newark, N.J. (Raymond Del Tufo, Jr., U.S. Atty., on the brief), for U.S.
 George M. Eichler, Jersey City, N.J., for defendant-appellee National Ben Franklin Ins. Co.
 Shavick, Rittenberg & Shavick, Paterson, N.J., for defendant-appellee Elk Piece Dye Works, Inc.
 Before BIGGS, Chief Judge, and KALODNER and HASTIE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Every pertinent question of fact and issue of law has been adequately dealt with in the thorough and detailed opinion of Judge Modarelli. We find no error in the findings and conclusions expressed by him. Accordingly, the judgment will be affirmed on his opinion, 129 F.Supp. 545.